UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMANI COURVOISIER STELLY,

Plaintiff,

v.

SHIFFER, et al.,

Defendants.

Case No. 24-cv-06775-JSC

**ORDER OF DISMISSAL; DENYING MOTION FOR SUMMARY JUDGMENT**

(ECF No. 24)

Plaintiff, an inmate proceeding without representation by an attorney, filed this civil rights action under 42 U.S.C. § 1983. On March 23, 2026, Plaintiff was ordered to notify the Court of his intent to prosecute this case and to submit his current address on or before April 26, 2026. (ECF No. 28.) The Court informed Plaintiff that if he failed to do so, this case may be dismissed. (*Id.*). Copies of the order were mailed to Plaintiff at the county jail address provided by Plaintiff in his filings and at the state institution where Defendants indicated Plaintiff had moved. (*Id.*) The copy sent to the county jail was returned by the postal service as undeliverable (ECF No. 30), but the other copy has not been returned. The deadline has passed, and no response from Plaintiff has been received. As Plaintiff has not notified the Court of his intent to prosecute or his current address, requested an extension of time, or shown cause why not, and the deadline to do so has passed, this case is DISMISSED. In light of this dismissal, Defendants' motion for summary judgment is DENIED as moot.

This order terminates docket number 24.

**IT IS SO ORDERED.**

Dated: May 4, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge